# Order

Michigan Supreme Court
Lansing, Michigan

January 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128333

ELIZABETH A. COOK,
        Plaintiff-Appellee,

v

SC: 128333
COA: 250727
Ingham CC: 02-001399-NI

CHRISTOPHER W. HARDY,
        Defendant-Appellant.

_____/

     On January 12, 2006, the Court heard oral argument on the application for leave to appeal the February 24, 2005 judgment of the Court of Appeals. On order of the Court, the application is again considered. In lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the judgment of the Ingham Circuit Court for the reasons stated in the Court of Appeals dissent. MCR 7.302(G)(1).

     WEAVER and KELLY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2006

d0117

*Corbin R. Davis*
Clerk